Jeremy Thompson
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BLAZEVICH, | **Case No. 2:20-cv-01250-JCM-BNW** |
| Plaintiff, | **JOINT MOTION FOR OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION, LLC, CAPITAL ONE BANK (USA), N.A., SYNCHRONY BANK and WEBBANK, | **FIRST REQUEST** |
| Defendant. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 7, 2020 through and including **August 28, 2020**. Plaintiff and Equifax are actively engaged in settlement discussions. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this _31st day of July, 2020.

65104541v.1

CLARK HILL, PLLC

By: /s/ Jeremy Thompson

Jeremy Thompson
Nevada Bar No. 12503
CLARK HILL, PLLC
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-697-7527
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**_No opposition_**

/s/ Steven A. Alpert

Steven A. Alpert
Nevada Bar No. 8353
PRICE LAW GROUP
5940 S. Rainbow Blvd.
Suite 3014
Las Vegas, NV 89118
Tel: 702-794-2008
Email: alpert@pricelawgroup.com

*Attorneys for Plaintiff*
*Jennifer Blazevich*

IT IS SO ORDERED

DATED:  5:30 pm, August 03, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

65104541v.1