J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 949-8200
Fax: (702) 949-9398
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant Synchrony Bank*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

|  |  |
|---|---|
| Jennifer Blazevich, | Case No. 2:20-cv-01250-JCM-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION AND ORDER TO EXTEND DEFENDANT SYNCHRONY BANK'S TIME TO FILE RESPONSE TO COMPLAINT** |
| Experian Information Solutions, Inc., *et al.*, | |
| Defendants. | **[FIRST REQUEST]** |

COME NOW Plaintiff Jennifer Blazevich ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), by counsel and pursuant to Local Rule IA 6-1, jointly move for an extension as follows:

### STATEMENT OF JOINT MOTION

1.      On July 7, 2020, Plaintiff filed a Complaint with this Court [ECF No. 1].

2.      Synchrony was served with the Complaint on July 17, 2020 [ECF No. 8].

3.      Synchrony's response to the Complaint is due by August 7, 2020.

4.      The parties are engaging in preliminary discussions in this matter.  In order to explore the possibility of an early resolution, Synchrony desires an extension of 21 (twenty-one) days, up to and including August 28, 2020, to file a response to the Complaint.

5.      Counsel for Synchrony conferred with counsel for Plaintiff regarding this extension and joint motion.  Counsel for Plaintiff agrees to the requested extension.

6.     This joint motion is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

7.     This is the first request for extension of time for Synchrony to respond to the Complaint.

DATED: August 4, 2020.                              DATED: August 4, 2020.

*/s/ Matthew R. Tsai*                                    */s/ Steven A. Alpert*
Matthew R. Tsai (SBN 14290)                    Steven A. Alpert (SBN 8353)
Lewis Roca Rothgerber Christie LLP           Price Law Group, APC
3993 Howard Hughes Pkwy, Suite 600        5940 S. Rainbow Blvd, Ste. 3014
Las Vegas, NV 89169                                  Las Vegas, NV 89118
Tel: 702-949-8200                                        Tel: (702) 794-2008
Email: mtsai@lrrc.com                               alpert@pricelawgroup.com

*Attorneys for Defendant Synchrony Bank*        *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___August 6, 2020_____