Jeff Silvestri (NSBN 5779)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jsilvestri@mcdonaldcarano.com

*Attorneys for Defendant,*
*Capital One Bank (USA), N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BLAZEVICH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, CAPITAL ONE BANK (USA), N.A., SYNCHRONY BANK, AND WEBBANK.<br><br>　　　　Defendants. | Case No.: 2:20-cv-01250-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The parties, through their undersigned counsel, hereby stipulate and agree that the deadline for Defendant, Capital One Bank (USA), N.A. ("Capital One") to answer or otherwise respond to Plaintiff's Complaint shall be extended to and including August 28, 2020.

///
///
///
///
///
///
///
///



| | |
|---|---|
| DATED this 14th day of August, 2020 | DATED this 14th day of August, 2020 |
| By: */s/ Jeff Silvestri*<br>Jeff Silvestri (NSBN 5779)<br>McDONALD CARANO LLP<br>2300 W. Sahara Ave, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: (702) 873-4100<br>Facsimile: (702) 873-9966<br>jsilvestri@mcdonaldcarano.com | By: */s/ Steven A. Alpert*<br>Steven A. Alpert (NSBN 8353)<br>Price Law Group, APC<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas, NV 89118<br>Telephone: (702) 702-794-2008<br>aplpert@pricelawgroup.com |
| *Attorneys for Capital One Bank (USA), N.A.* | *Attorney for Plaintiff, Jennifer Blazevich* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 18, 2020