**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Jennifer Blazevich*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BLAZEVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, CAPITAL ONE BANK (USA), N.A., SYNCHRONY BANK, AND WEBBANK.<br><br>　　　　Defendants. | Case No.: 2:20-cv-1250-JCM-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jennifer Blazevich and Defendant Experian Information Solutions, Inc ("Experian"), by and through undersigned counsel, hereby stipulate that all claims against Experian, shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs.

//

//

//

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: December 23, 2020

*/s/Steven A. Alpert*
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jennifer Blazevich*

**NAYLOR & BRASTER**

*/s/ Andrew J. Sharples*
ANDREW J. SHARPLES
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
Email: asharples@nblawnv.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: __December 28, 2020_____

- 2 -
STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Diego Sanchez*