**2Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Jennifer Blazevich*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER BLAZEVICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, CAPITAL ONE BANK (USA), N.A., SYNCHRONY BANK, AND WEBBANK.<br><br>　　　　Defendants. | Case No.: 2:20-cv-1250<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION, LLC.** |

　　　Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jennifer Blazevich and Defendant Trans Union, LLC ("Trans Union"), by and through undersigned counsel, hereby stipulate that all claims against Trans Union shall be dismissed from this action with prejudice. The parties shall bear their own attorneys' fees and costs. This order resolves the last pending claim and closes the case.

//

//

//

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: March 10, 2021

/s/Steven A. Alpert
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com
*Attorneys for Plaintiff,*
*Jennifer Blazevich*

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

/s/ Jennifer Bergh
JENNIFER BERGH
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone:  (214) 560-5460
Facsimile:  (214) 871-2111
Email: jbergh@qslwm.com
*Attorneys for Defendant*
*Trans Union, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 12, 2021 _____

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/Diego Sanchez